UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MARCUS ACKLEY,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY SHERIFF, et al.,<br><br>Defendants. | No. 2:21-cv-0284<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a pro se state prisoner with a civil rights action under 42 U.S.C. § 1983. In an order filed February 19, 2021, this court ordered plaintiff to file either a motion to proceed in forma pauperis or pay the $402 filing fee within thirty days. (ECF No. 3.) Thirty days have passed and plaintiff has not filed a motion to proceed in forma pauperis or paid the filing fee.

Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case.

Further, IT IS RECOMMENDED that this case be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1


Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 15, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/ackl0284.FTA fr